## STATE OF INDIANA *v.* SITTASON.

[No. 22,261 to 22,268 and 22,271.    Filed May 29, 1913.]

From Floyd Circuit Court; *Harry C. Montgomery,* Special Judge.

Prosecutions by the State of Indiana against Claude M. Sittason. From a judgment in each case quashing the indictment, these appeals are prosecuted.    *Reversed.*

*Thomas M. Honan,* Attorney-General, *Thomas H. Branaman, Edwin Corr* and *James E. McCullough,* for the State.

*Stotsenberg & Weathers* and *Charles D. Kelso,* for appellee.

ERWIN, J.—The State of Indiana prosecutes the appellee in the above numbered causes from the Floyd Circuit Court. From a judgment quashing the indictment in said causes the State appeals to this court.

The questions involved are the same in each case as those presented in the case of *State* v. *Paris* (1913), *ante* 446, 101 N. E. 497, and upon that authority the judgment is reversed in each case with order to the court below to overrule the appellee's motion to quash the indictment.